```
1  Mark S. Askanas (State Bar No. 122745)
   Travis B. Raymond (State Bar No. 268543)
2  JACKSON LEWIS LLP
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: askanasm@jacksonlewis.com
5  E-mail: Travis.Raymond@jacksonlewis.com

6  Attorneys for Defendants
   SPLICE COMMUNICATIONS, INC.,
7  ANDREW COAN, and SCOTT BISCHOFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. MUNSON, | Case No. C-12-5089 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT** |
| v. | |
| SPLICE COMMUNICATIONS, Inc., A California Corporation; ANDREW COAN, individually and in his official capacity; SCOTT BISCHOFF, individually and in his official capacity, | Complaint Filed: October 1, 2012<br>Trial Date: None set |
| Defendants. | |

TO THE HONORABLE COURT:

WHEREAS Plaintiff DENNIS E. MUNSON filed the Complaint in this matter on October 1, 2012 and named SPLICE COMMUNICATIONS, INC., ANDREW COAN, AND SCOTT BISCHOFF as defendants (collectively the "Parties");

WHEREAS Jackson Lewis LLP represents SPLICE COMMUNICATIONS, INC., ANDREW COAN, AND SCOTT BISCHOFF and has agreed to accept service of the Complaint on their behalf;

WHEREAS Civil Local Rule 6-1(a) permits the Parties to stipulate in writing to extend the time within which to answer or other otherwise respond to the complaint provided such stipulations shall be promptly filed;

Case 3:12-cv-05089-JCS   Document 8   Filed 10/25/12   Page 2 of 2

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record:

1. That Defendants' time to file an answer to Plaintiff's complaint shall be extended until November 9, 2012.

DATED: October 22, 2012

LAW OFFICE OF EDWIN BRADLEY

By: /s/ Edwin Bradley
Edwin Bradley
Attorney for Plaintiff
DENNIS E. MUNSON

DATED: October 23, 2012

JACKSON LEWIS LLP

By: /s/
Mark S. Askanas
Travis Raymond
Attorneys for Defendants
SPLICE COMMUNICATIONS, INC., ANDREW COAN, and SCOTT BISCHOFF

4821-7106-0497, v. 1

Dated: 10/24/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT

Case No. C-12-5089 JCS