Edwin Bradley, SBN 141932
LAW OFFICE OF EDWIN BRADLEY
785 Market Street, Suite 1500
San Francisco, CA 94103
Tel. (415) 777-4445
Fax (415) 778-8123
edbradlawyer@yahoo.com

Attorneys for Plaintiff
DENNIS MUNSON

Mark S. Askanas (State Bar No. 122745)
Steven Koyanagi (State Bar No. 269094)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: askanasm@jacksonlewis.com
E-mail: steven.koyanagi@jacksonlewis.com

Attorneys for Defendants
SPLICE COMMUNICATIONS, INC.,
ANDREW COAN, and SCOTT BISCHOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. MUNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SPLICE COMMUNICATIONS, Inc., A California Corporation; ANDREW COAN, individually and in his official capacity; SCOTT BISCHOFF, individually and in his official capacity,<br><br>    Defendants. | Case No. C-12-5089 JCS<br><br>**JOINT STIPULATION TO CONTINUE SEPTEMBER 3, 2013 TELEPHONIC SCHEDULING CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: October 1, 2012<br>Trial Date: None Set |

**TO THE HONORABLE COURT:**

Plaintiff DENNIS MUNSON ("Plaintiff") and Defendants SPLICE COMMUNICATIONS, INC., ANDREW COAN, and SCOTT BISCHOFF (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to continue the telephonic scheduling conference set for September 3, 2013 at 1 p.m. as follows:

1

JOINT STIPULATION TO CONTINUE TELEPHONIC SCHEDULING CONFERENCE
AND [~~PROPOSED~~] ORDER      Case No. C-12-5089 JCS

1  IT IS HEREBY STIPULATED the parties jointly and respectfully request an order continuing the September 3, 2013 telephonic scheduling conference until September 10, 2013 at 1 p.m.

Dated: September 3, 2013    By:    /s/ Edwin Bradley
                                            Law Office of Edwin Bradley
                                            Edwin Bradley, Esq.
                                            Attorney for Plaintiff
                                            DENNIS E. MUNSON

Dated: September 3, 2013    JACKSON LEWIS LLP

                               By:    /s/ Mark S. Askanas
                                            Mark S. Askanas
                                            Steven Koyanagi
                                            Attorneys for Defendants
                                            SPLICE COMMUNICATIONS, INC.,
                                            ANDREW COAN, and SCOTT BISCHOFF

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 3, 2013    _____
                                            HONORABLE NANDOR J. VADAS
                                            UNITED STATES MAGISTRATE JUDGE

4825-9659-4197, v. 1

JOINT STIPULATION TO CONTINUE TELEPHONIC SCHEDULING CONFERENCE
AND [PROPOSED] ORDER                                  Case No. C-12-5089 JCS