Patrick C. Mullin (State Bar No. 72041)
Mark S. Askanas (State Bar No. 122745)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: mullinp@jacksonlewis.com
E-mail: askanasm@jacksonlewis.com

Attorneys for Defendant
SPLICE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. MUNSON,<br><br>   Plaintiff,<br><br>v.<br><br>SPLICE COMMUNICATIONS, Inc.,<br>A California Corporation; ANDREW COAN,<br>individually and in his official capacity;<br>SCOTT BISCHOFF, individually and in his<br>official capacity,<br><br>   Defendants. | Case No.  C-12-5089 JCS<br><br>**REQUEST FOR EXTENSION OF ONE DAY IN ORDER TO FILE PRETRIAL PAPERS AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  October 1, 2012<br>Trial Date:          March 3, 2014 |

The parties have worked diligently to comply with this Court's Further Case Management and Pretrial Order (Jury) of May 15, 2013. The parties have met and conferred on two occasions, and have exchanged draft papers, witness lists, and exhibit lists. The parties have accomplished approximately 85% of the required submissions.

Nevertheless, the parties would greatly benefit from one additional day in which to meet and confer and finalize their required submissions. Lead Defense Counsel was in court on another matter all morning on January 30, 2014, and is drafting an associated settlement agreement. Plaintiff's Counsel has been out of the office this afternoon on other matters as well.

///

///

It is hereby requested that the parties be granted a one day extension to Monday, February 3, 2014 for compliance with this Court's order.

Respectfully submitted,

Dated: January 30, 2014         JACKSON LEWIS P.C.

By: _____
Patick C. Mullin
Mark S. Askanas
Steven Koyanagi
Attorneys for Defendant
SPLICE COMMUNICATIONS, INC.

**IT IS HEREBY ORDERED:**

The parties may file their pretrial papers, as required by this Court's Further Case Management and Pretrial Order (Jury) of May 15, 2013, on Monday, February 3, 2014. by 4:00 p.m. Chambers copies as required by the Order are ~~also~~ due to be lodged on ~~Monday~~, Tuesday, February 4, 2014 by Noon. The chambers copies shall bear the docket number & filing date on top. ~~February 3, 2014~~.

**IT IS SO ORDERED.**

Dated: January 31, 2014         _____
Honorable Judge Joseph C. Spero

IT IS SO ORDERED AS MODIFIED