Patrick C. Mullin (State Bar No. 72041)
Mark S. Askanas (State Bar No. 122745)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: mullinp@jacksonlewis.com
E-mail: askanasm@jacksonlewis.com

Steven Koyanagi (State Bar No. 269094)
JACKSON LEWIS P.C.
5000 Birch St #4800
Newport Beach, CA 92660
Telephone:(949) 885-1360
E-mail: Steve.Koyanagi@jacksonlewis.com

Attorneys for Defendant
SPLICE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. MUNSON,<br><br>             Plaintiff,<br><br>      v.<br><br>SPLICE COMMUNICATIONS, Inc.,, A California Corporation; ANDREW COAN, individually and in his official capacity; SCOTT BISCHOFF, individually and in his official capacity,<br><br>             Defendants. | Case No. C-12-5089 JCS<br><br>**DEFENDANT'S REQUEST TO USE A BROTHER DESKTOP TRIAL PRINTER AT TRIAL IN THIS ACTION STARTING ON OR ABOUT FEBRUARY 28, 2014 AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  October 1, 2012<br>Trial Date:        March 3, 2014 |

Defendant Splice Communications, Inc. hereby requests the Court's authorization to use a Brother desktop printer during the upcoming trial in this matter. Counsel for Defendant anticipates bringing the printer to the Courthouse on February 28, 2014 and setting it up in the Attorneys' Room assigned to the defense team. Counsel will also bring an electrical cord for the

///

///

///

printer, an extension cord, and four reams of printer paper. Counsel anticipates that he will remove the printer after the verdict is read in this action.

Respectfully submitted,

Dated: February 24, 2014                        JACKSON LEWIS P.C.

By:     By:  /s/ Patrick C. Mullin
        Patick C. Mullin
        Mark S. Askanas
        Steven Koyanagi
        Attorneys for Defendant
        SPLICE COMMUNICATIONS, INC.

**IT IS HEREBY ORDERED:**

Defendant may bring its Brother printer, electrical cords, and four reams of printer paper into the Courthouse on or about February 28, 2014, and maintain it in the defense attorney room until such time as the verdict is read in this action.

**IT IS SO ORDERED.**

Dated:   2/25/14                              _____
                                              Honorable Judge Joseph C. Spero

4852-2814-5944, v. 1