UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS E. MUNSON,                                       Case No. 3:12-cv-05089 JCS

        Plaintiff(s),

   v.                                                               **ORDER TO FURNISH DAILY REFRESHMENTS**

SPLICE COMMUNICATIONS,

        Defendant(s).
_____/

   IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **March 4, 2014**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

   IT IS SO ORDERED.

Dated: February 26, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge