UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. MUNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SPLICE COMMUNICATIONS, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-05089-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 83 |

At the Pretrial Conference on February 21, 2014, the Court ordered that each party be allotted six and one half hours for witness testimony.  Defendant contends the time allotted by the Court will be insufficient to present its defense and requests that each side be given 12 hours to present its case.  Defendant's request is GRANTED in part.  Each side will be given 10 hours to present its case.  To accommodate this increase, the Court designates Friday, March 7 as an additional trial day.  In addition, the Court may conduct trial proceedings on March 11 and/or 12, as the Court's schedule permits.  Although the Court extends the time for witness testimony, nothing in this order should be construed as a ruling regarding the admissibility of the testimony Defendant describes in its request for additional time. To the extent the testimony described by Defendant exceeds the scope of the Court's prior rulings on the motions in limine, this order does not constitute a ruling that such testimony is admissible.  Further, as stated at the pre-trial conference, the Court will not permit the introduction of testimony that runs afoul of Rule 403 of

1  the Federal Rules of Evidence or that amounts to a mini-trial on issues that are not the subject of
2  this action.
3  **IT IS SO ORDERED.**
4
5  Dated:  February 28, 2014
6
7  _____
8  JOSEPH C. SPERO
   United States Magistrate Judge