UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS E. MUNSON,

          Plaintiff,

    v.

SPLICE COMMUNICATIONS, INC.,

          Defendant.

Case No.  12-05089 JCS

**FINAL VERDICT FORM**

Dated:  March 7, 2014

_____

JOSEPH C. SPERO
United States Magistrate Judge

We, the jury, unanimously find as follows:

1.      Did Splice Communications retaliate against Dennis Munson for having opposed or complained about what he reasonably and in good faith believed was discrimination?


        _____ Yes            _____ No


If your answer to Question 1 is "yes," then answer Question 2.  If your answer to Question 1 is "no," skip the remaining questions and sign and date this form.


2.      What are Dennis Munson's damages caused by retaliation?


        a.      Economic loss:        $_____
        b.      Noneconomic loss:     $_____
                TOTAL                 $_____


Proceed to Question 3


3.      If your answer to Question 1 was "no," skip this question and sign and date the form. If you answered "yes" to Question 1, do you find by clear and convincing evidence that Splice Communications, Inc. retaliated against Dennis Munson with malice, oppression or fraud?


        _____ Yes            _____ No


If you answered "no" to Question 3, then skip Question 4 and sign and date this form.  If you answered "yes" to Question 3, proceed to Question 4.

4.     What amount of punitive damages, if any, do you award Dennis Munson?

$_____

PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM

Signed:_____

Foreperson of the Jury: _____

Dated:_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court

Security Officer notifying the Court that the Jury has reached a verdict.  Please return the Verdict

Form to the Courtroom Deputy.

United States District Court
Northern District of California